JOHN L. MUNDY, PROSECUTOR, v. THE BOARD OF WATER COMMISSIONERS OF PERTH AMBOY.

Argued February 21, 1907—Decided June 10, 1907.

If a municipal board, on whom powers of condemnation have been conferred by the legislature, resolves to acquire land by purchase at a price greatly in excess of its market value, such resolution will be set aside as unreasonable and improvident, the power of eminent domain having been conferred to meet just such junctures.

On *certiorari*.

Before Justices GARRISON, SWAYZE and TRENCHARD.

For the prosecutor, *Adrian Lyon.*

For the water commissioners, *Charles C. Hommann* and *Willard P. Voorhees.*

For defendants Fountain, *George S. Silzer.*

The opinion of the court was delivered by

GARRISON, J. The resolution adopted by the board of water commissioners of the city of Perth Amboy for the purchase of thirty-two and one-half acres of land at Runyon pumping station for the sum of $15,500 should be set aside.

The testimony shows that from recent sales and even from a recent purchase of substantially similar land by this board it could reasonably have been apprehended that the fair market value of the tract of thirty-two and one-half acres would not exceed $1,000.

The board has had conferred upon it by the legislature the power of condemnation to meet just such a situation as this. Under these circumstances the failure of the board to have recourse to proceedings in condemnation, in view of the ex-

cessive purchase price demanded, is an unreasonable and improvident exercise by the board of the powers conferred upon it.

The resolution is set aside.